OWEN, McCREA LINSCOTT PLLC
Regina M. McCrea
Email: *rmccrea@omllaw.com*
6500 N. Mineral Drive, Suite 103
Coeur d'Alene, ID  83815
Telephone:  (208) 762-0203

MORGAN, LEWIS & BOCKIUS LLP
Debra L. Fischer
Email: *debra.fischer@morganlewis.com*
Seth M. Gerber
Email: *seth.gerber@morganlewis.com*
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 907-1000
Facsimile: (310) 907-1001

Attorneys for Defendant Lee Tilleman and
Third Party Alliant Insurance Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| KIBBLE & PRENTICE HOLDING COMPANY, d/b/a USI INSURANCE SERVICES NORTHWEST,<br><br>           Plaintiff,<br><br>   v.<br><br>LEE TILLEMAN,<br><br>           Defendant. | Case No. 3:21-cv-00083-BLW<br><br>**Stipulation and [Proposed] Order re Filing of Plaintiff's First Amended Complaint** |

**Whereas**, Plaintiff Kibble & Prentice Holding Company, d/b/a USI Insurance Services Northwest ("USI") filed on September 21, 2021 a motion for leave to file a proposed First Amended Complaint (ECF No. 30);

**Whereas**, the proposed First Amended Complaint seeks to add Alliant Insurance Services, Inc. ("Alliant") as a defendant and asserts new claims against Alliant and Defendant Lee Tilleman;

**Whereas**, counsel for USI and for Tilleman and Alliant have conferred about USI's Motion for Leave to Amend and have discussed Tilleman and Alliant's concerns about the propriety of certain allegations and claims asserted in the proposed First Amended Complaint, and believe such issues are best and most appropriately addressed in motions made after the filing of the proposed First Amended Complaint;

**Whereas**, Alliant and Tilleman agree to the filing of the proposed First Amended Complaint but, in so doing, are not admitting to any allegations contained in the proposed First Amended Complaint or to the plausibility of any claims asserted in the proposed First Amended Complaint, and expressly reserve all objections and defenses to the First Amended Complaint, including under Rule 12(b)(6), and USI understands that Alliant and Tilleman are reserving all rights with respect to the allegations and claims asserted in the First Amended Complaint and USI reserves all of its rights to defend the proposed First Amended Complaint;

**The Parties, Through Their Undersigned Counsel of Record, Stipulate as Follows**:

1. Without admitting any facts or waiving any defenses, including under Rule 12(b)(6), Tilleman and Alliant stipulate that Alliant is added as a Defendant through the filing of the Amended Pleading.

2. Without admitting any facts or waiving any defenses, including under Rule 12(b)(6), Tilleman and Alliant stipulate to the filing of the proposed First Amended Complaint, attached as Exhibit 1 to USI's Motion for Leave to File First

Amended Complaint.

3. Tilleman and Alliant shall have 21 days from the date of the Court's entry of an order filing the First Amended Complaint to file and serve a response to the First Amended Complaint.

4. Plaintiff's Motion for Leave to File First Amended Complaint is moot and therefore withdrawn.

October 7, 2021

MORGAN, LEWIS & BOCKIUS LLP
/s/ Seth M. Gerber
Seth M. Gerber, *Admitted Pro Hac Vice*
Email: *seth.gerber@morganlewis.com*
Debra L. Fischer, *Admitted Pro Hac Vice*
Email: *debra.fischer@morganlewis.com*
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 907-1000
Facsimile: (310) 907-1001


  s/ Regina M. McCrea
OWENS, McCREA LINSCOTT PLLC
Regina M. McCrea, ISB No. 6845
Email: *rmccrea@omllaw.com*
6500 N. Mineral Drive, Suite 103
Coeur d'Alene, ID 83815
Telephone: (208) 762-0203

*Attorneys for Lee Tilleman and Alliant Insurance Services, Inc.*


BARNES & THORNBURG LLP
/s/ Lindsey D.G. Dates
Lindsey D.G. Dates, *Admitted Pro Hac Vice*
Email: *ldates@btlaw.com*
Cristina A. McNeiley, *Admitted Pro Hac Vice*
Email: *cristina.mcneiley@btlaw.com*
1 N. Wacker Dr. 4400
Chicago, IL 60606
Telephone: 312.214.4855
Facsimile: 312.759.5646

BARNES & THORNBURG LLP
Jason T. Clagg, *Admitted Pro Hac Vice*
Email: *jason.clagg@btlaw.com*
 888 S. Harrison Street, Suite 600
Fort Wayne, IN 46802
Telephone: 260.425.4646
Facsimile: 260.424.8316

HAWLEY TROXELL ENNIS & HAWLEY LLP
D. John Ashby, ISB No. 7228
Email: *jashby@hawleytroxell.com*
William K. Smith, ISB No. 9769
Email: *wsmith@hawleytroxell.com*
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5200

*Attorneys for Plaintiff*

# ORDER

1. Pursuant to the stipulation of the Parties, and without waiving any of Defendants' objections or defenses, including under Rule 12(b)(6), the proposed First Amended Complaint attached as Exhibit 1 to Plaintiff's Motion for Leave to File First Amended Complaint shall be and hereby is filed as of the date of this Order.

2. Pursuant to the stipulation of the Parties, Defendants shall have 21 days from the date of the Order to file and serve a response (or responses) to the First Amended Complaint.

- 4 -

3. Plaintiff's Motion for Leave to File First Amended Complaint is moot and has been withdrawn by Plaintiff.

**IT IS SO ORDERED.**

DATED: _____        _____
                                          Judge of the District Court

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 7th day of October, 2021, I electronically filed the foregoing with the Clerk of the U.S. District Court using the CM/ECF system, which sent notice to the following persons:

D. John Ashby .......................................................................... jashby@hawleytroxell.com
William K. Smith ..................................................................wsmith@ hawleytroxell.com
Hawley Troxell Ennis & Hawley LLP
877 Main Street, Suite 1000
PO Box 1617
Boise, ID 83701-1617

Lindsey D.G.Dates................................................................................ldates@btlaw.com
Cristina McNeiley..................................................................cristina.mcneiley@btlaw.com
Barnes & Thornburg LLP
1 N. Wacker Dr., Ste. 4400
Chicago, IL 60606

                                                                       s/ Regina M. McCrea
                                                                       Regina M. McCrea
                                                                       Owens, McCrea & Linscott