UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KIBBLE & PRENTICE HOLDING COMPANY, d/b/a USI INSURANCE SERVICES NORTHWEST,<br><br>            Plaintiff,<br><br>vs.<br><br>LEE TILLEMAN and ALLIANT INSURANCE SERVICES, INC.,<br><br>            Defendants. | Case No. 3:21-cv-00083-BLW<br><br>ORDER EXTENDING CASE MANAGEMENT DEADLINES |

Pursuant to stipulation of the parties, IT IS ORDERED that the Case Management Order is amended as follows:

1.  **Dispositive Motion Deadline**: All dispositive motions, including motions for punitive damages, must be filed by May 22, 2022

2.  **Completion of Fact Discovery**: Fact depositions must be completed by May 16, 2022.

3.  **Disclosure of Experts**:

    a.  **Plaintiff** must disclose the experts intended to be called at trial on or before June 1, 2022.

[PROPOSED] ORDER EXTENDING CASE MANAGEMENT DEADLINES - 1

      b.    **Defendant** must disclose the experts intended to be called at trial on or before July 1, 2022.

      c.    **Plaintiff** must disclose the rebuttal experts intended to be called at trial on or before July 15, 2022.

      d.    **ALL** discovery relevant to experts must be completed by August 1, 2022.

**All other deadlines**: remain the same as stated in the Court's original Scheduling Order [Dkt. 29] and Order Extending Case Management Deadlines [Dkt. 43].

DATED: April 25, 2022

_____
B. Lynn Winmill
U.S. District Court Judge